IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MCKEITHAN HEALTH, PA, *et al.*,<br><br>Defendants. | Adv. Proc. No. 17-03206-KRH |

**CERTIFICATE OF SERVICE**

I, Richard E. Biemiller, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Complaint [Docket Item No. 1] together with the Order Establishing Procedures for Avoidance Action Adversary Proceedings and Summons and Notice in an Adversary Proceeding [Docket Item No. 3] were served on April 21, 2017, as follows:

**Mail Service:** Regular, first class United States mail, postage fully pre-paid and addressed to:

EDWARD MCKEITHAN
PRESIDENT AND REG. AGENT
PO BOX 409
BOLIVIA, NC 38422

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040, Richmond, Virginia 23219
200 Bendix Road, Ste. 300, Virginia Beach, Virginia 23452
Telephone: (757) 497-6633
Direct:     (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

EDWARD MCKEITHAN
PO BOX 409
BOLIVIA, NC 28422

Under penalty of perjury, I declare that the foregoing is true and correct.

April 21, 2017
Date

Signature

| Print Name: |
| --- |
| Richard E. Biemiller |
| Business Address: |
| 200 Bendix Road, Suite 300, Virginia Beach, VA 23452 |